Argued and submitted September 16, 1983, affirmed February 1, reconsideration denied February 24, petition for review denied March 27, 1984 (296 Or 712)
See 296 Or 648, 678 P2d 1227 (1984)

STATE OF OREGON,
*Respondent,*

*v.*

RICHARD WILLIAM SCHROEDER,
*Appellant.*

(82-21326-C; CA A28039)

675 P2d 1111

William A. Mansfield, Medford, argued the cause for appellant. With him on the brief was Joel B. Reeder, Medford.

Helen M. Rockett, Special Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM

**PER CURIAM**

In this case of driving under the influence of intoxicants, defendant appeals the trial court's denial of his motion to suppress evidence arising out of a traffic roadblock at which he was stopped and arrested. We cannot perceive a principled way in which this case may be distinguished from *State v. Tourtillott,* 289 Or 845, 618 P2d 423 (1980). It is therefore affirmed.

Affirmed.